OPINION — AG — UNTIL THE VOTERS OF THE NORTHWEST DISTRICT LIBRARY SYSTEM AS A WHOLE APPROVE THE SPECIAL TAX LEVIES UNDER 65 O.S. 1971, 4-102 [65-4-102], FUNDS FOR DEMONSTRATION LIBRARY SERVICES CAN BE GRANTED BY THE OKLAHOMA DEPARTMENT OF LIBRARIES. IN NO WAY, HOWEVER, CAN FUNDS COLLECTED IN WOODWARD COUNTY BE USED TO SUPPORT THE NWDLS PRIOR TO SUCH APPROVAL. CITE: ARTICLE X, SECTION 10(A) (KENNETH L. DELASHAW)